denied.  *A. L. Wheeler* for petitioner.  *Josiah T. Bullington* for respondent.

No. 367.  AMERICAN AUTOMOBILE ASSOCIATION ET AL. *v.* SPIEGEL, DOING BUSINESS AS LAKE SERVICE STATION. C. A. 2d Cir.  Certiorari denied.  *Leo T. Kissam* for petitioners.  *Samuel Rubinton* for respondent.

No. 368.  LALLAK *v.* FARMERS' MUTUAL INSURANCE CO. ET AL.  Supreme Court of Kansas.  Certiorari denied.  *A. B. Mitchell* for petitioner.  *Walter T. Griffin* for the Farmers' Mutual Insurance Company, respondent.

No. 369.  KEYSTONE METAL CO. *v.* CITY OF PITTSBURGH ET AL.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.  *Earl F. Reed* for petitioner. *Anne X. Alpern* for respondents.

No. 370.  REED & PRINCE MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 1st Cir. Certiorari denied.  *Gerard D. Reilly* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 291.  SERIO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *G. Wray Gill* for petitioner.  *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 299.  KENTUCKY RIVER MILLS *v.* JACKSON.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE BLACK is of